1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                        EASTERN DIVISION

10

11  YOLANDA ESTELA HAMPTON,     )     CASE NO. 5:20-cv-00234-PD
                                )
12            Plaintiff,        )     ORDER AWARDING
                                )     EAJA FEES
13        v.                    )
                                )
14  KILOLO KIJAKAZI[1], Acting  )
    Commissioner of Social Security )
15  Administration,             )
                                )
16            Defendant.        )
                                )
17  _____)

18       Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20       **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND SIX

22  HUNDRED FIFTY DOLLARS and 00/cents ($3,650.00), as authorized by  28

23  U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24                              PATRICIA DONAHUE

25  DATED: Dec. 16, 2021
                            _____
26                          HONORABLE PATRICIA DONAHUE
                            UNITED STATES MAGISTRATE JUDGE

27

28
         [1] Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration.
    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be
    substituted for Commissioner Andrew M. Saul as the defendant in this suit.  No further action
    needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the
    Social Security Act, 42 U.S.C. § 405(g).

                                     1